SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-00710-LKK-GGH** |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| vs. | ) |
| Crescent Davis Limited Partnership, | ) |
| Defendants | ) |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   June 23, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT